IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02719-WYD-CBS

CONLEY HOSKINS,

    Plaintiff,

v.

JEAN GONNELL,
RAFAEL CRAVEIRO,
and NATHAN CHURCHILL,

    Defendants.

## ORDER OF DISMISSAL OF PARTY WITHOUT PREJUDICE

THIS MATTER COMES before the Court on the Plaintiff's Unopposed Motion to Dismiss Nathan Churchill (ECF No. 13), filed November 8, 2013.  After carefully reviewing the file in this matter, I find that the motion should be granted and Defendant Churchill dismissed without prejudice from this action.  Accordingly, it is

ORDERED that the Plaintiff's Unopposed Motion to Dismiss Nathan Churchill (ECF No. 13) is **GRANTED** and Defendant Nathan Churchill is **DISMISSED WITHOUT PREJUDICE** from this proceeding.  The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: November 12, 2013

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
United States Senior District Judge