IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  13-cv-02719-WYD-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:           February 28, 2014 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| CONLEY HOSKINS, | Charles H. Torres |
| Plaintiff, | |
| v. | |
| JEAN GONNELL, *et al.*, | David C. Feola |
| | John M. Palmeri |
| Defendants. | Nicole C. Irby |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:       10:47 a.m.**
Court calls case. Appearances of counsel. Defendants Jean Gonnell and Rafael Craveiro are also present.

This matter is before the court regarding Plaintiff's **Motion to Disqualify Counsel and his Firm from Representation of Rafael Craveiro** [Doc. No. 31] and Defendant Gonnell's **Motion to Amend Scheduling Order to Allow Expert Discovery** [Doc. No. 53].

Argument and discussion between the court and counsel for Plaintiff held regarding *Motion to Disqualify* [Doc. No. 31].

For the reasons stated on the record, it is

**ORDERED:**      *Motion to Disqualify Counsel and his Firm from Representation of Rafael Craveiro* [Doc. No. 31, filed 1/21/2014] is **DENIED**.

The court notes it is denying the Motion based upon the circumstances as they currently exist but is not precluding the possibility that this same Motion will be well founded in the future.

Discussion between the court and counsel regarding the pending *Motion to Amend Scheduling Order* [Doc. No. 53], Plaintiff's position with respect to an extension of time, and expert discovery that

would be pursued.

**ORDERED:**   *Motion to Amend Scheduling Order to Allow Expert Discovery* [Doc. No. 53, filed 2/12/2014] is **GRANTED**.

The Discovery Cut-off deadline is extended to **June 16, 2014**.

The Dispositive Motion deadline is extended to **July 15, 2014**.

The deadline for designation of affirmative experts is extended to **April 21, 2014**.

The deadline for designation of rebuttal experts is extended to **June 2, 2014**.

The Final Pretrial Conference currently set for July 1, 2014 is **VACATED** and **RESET** to **October 27, 2014 at 8:30 a.m.**

Discussion between the court and the parties regarding the order of depositions to be taken in the case.

HEARING CONCLUDED.
**Court in recess**:   **12:09 p.m.**
Total time in court:   01:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.