IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02719-WYD-CBS

CONLEY HOSKINS,

    Plaintiff;

v.

JEAN GONNELL, and
RAFAEL CRAVEIRO,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On April 28, 2014, Plaintiff filed a Motion to Strike Opinions Offered by Defendant's Endorsed Expert Jeffrey Springer (ECF No. 65).   It is my preference that these types of evidence-driven motions be filed not more than 75-90 days prior to the Final Trial Preparation Conference.   After the Magistrate Judge enters the Final Pretrial Order, I will schedule both the Final Trial Preparation Conference and jury trial in this matter. According, this motion (ECF No. 65) is **DENIED WITHOUT PREJUDICE** for leave to refile not more than 75-90 days prior to the Final Trial Preparation Conference.

    Dated: May 21, 2014