IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02719-WYD-CBS

CONLEY HOSKINS,

    Plaintiff;

v.

JEAN GONNELL, and
RAFAEL CRAVEIRO,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (ECF No. 71). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice. Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 71) is **APPROVED.** This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney fees and costs.

Dated:   July 29, 2014

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES SENIOR DISTRICT JUDGE